UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FRANK DIXON,<br><br>    Petitioner,<br><br>   v.<br><br>CPT. ROBINSON,<br><br>    Respondent. | No. 2:24-cv-07368-AB-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the Order to Show Cause issued by the assigned magistrate judge (Dkt. 5, "OSC"), the further "Petition" filed by Petitioner (Dkt. 6), and the Report and Recommendation issued by the magistrate judge (Dkt. 8, "Report"). Petitioner did not file a timely timely objection to the Report. The Court accordingly accepts the findings and recommendation of the magistrate judge.

IT IS THEREFORE ORDERED that Petitioner's Request to Proceed in Forma Pauperis (Dkt. 3) is DENIED and Judgment shall be entered dismissing this action without prejudice.

Dated:  December 3, 2024

                ANDRÉ BIROTTE JR.
                United States District Judge