JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FRANK DIXON, | Case No. 2:24-cv-07368-AB-JDE |
| Petitioner, | JUDGMENT |
| v. | |
| CPT. ROBINSON, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the operative Petition is denied and this action is dismissed without prejudice.

Dated: December 3, 2024

ANDRÉ BIROTTE JR.
United States District Judge